Benjamin Gubernick (SBN 321883)
**GUBERNICK LAW P.L.L.C.**
10720 W. Indian School Rd.,
Suite 19, PMB 12
Phoenix, AZ 85037
623-252-6961
ben@gubernicklaw.com

David N. Lake, State Bar No. 180775
**LAW OFFICES OF DAVID N. LAKE,**
 **A Professional Corporation**
16130 Ventura Boulevard, Suite 650
Encino, California 91436
Telephone: (818) 788-5100
Facsimile: (818) 479-9990
Email: david@lakelawpc.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER GARCIA, an individual;<br><br>Plaintiff,<br><br>v.<br><br>BIG EASY BUCHA, LLC, a Louisiana limited liability company;<br><br>Defendant. | Case No. 2:23-cv-01297-MEMF-MAA<br><br>[Removal from Superior Court of California, County of Los Angeles, Case No. 23STCV01623]<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT** |

## NOTICE OF SETTLEMENT

Plaintiff Javier Garcia, through undersigned counsel, gives notice that the parties have reached a settlement to fully resolve this case. On or before April 3, 2023, the parties will file a joint request for dismissal with prejudice of all claims.

Date: March 14, 2023

By:
Benjamin Gubernick (SBN 321883)
**GUBERNICK LAW P.L.L.C.**
10720 W. Indian School Rd.,
Suite 19, PMB 12
Phoenix, AZ 85037
623-252-6961
ben@gubernicklaw.com

David N. Lake, Esq.
**LAW OFFICES OF DAVID N. LAKE,**
  **A Professional Corporation**
16130 Ventura Boulevard, Suite 650
Encino, California 91436
Telephone: (818) 788-5100
Email: david@lakelawpc.com

## CERTIFICATE OF SERVICE

I certify that on this 14th day of March, 2023, I filed the foregoing electronically through the CM/ECF system, which caused it to be served on all parties' attorneys of record.

*/s/ Benjamin Gubernick*
Benjamin Gubernick

2